# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; AND PALLAVI GOGOI, § § § § § | |
| Movants, § | CIVIL ACTION NO. 4:20-MC-00038-ALM |
| v. § § § | |
| KIM SAMS, § § | *Ancillary to* CIVIL ACTION NO. 4:18-CV-00442-ALM (E.D. Tex.) |
| Respondent. § | |

## UNOPPOSED MOTION TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL KIM SAMS TO COMPLY WITH FED. R. CIV. P. 45 SUBPOENA UNDER SEAL

Movants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi (collectively, "NPR"), respectfully request that the Court permit them to file their Rely in Support of Motion to Compel Kim Sams to Comply with Fed. R. Civ. P. 45 Subpoena and accompanying exhibits ("Reply Brief") under seal. NPR's filing relies on and discloses documents and information that have been designated confidential pursuant to the Stipulated Protective Order entered in the ancillary case, *Butowsky v. Folkenflik*, 4:18-cv-442-ALM, on August 8, 2019 (Dkt. 67).

Accordingly, NPR respectfully requests that this Court grant leave to seal NPR's Reply Brief. Movants will file a redacted version of the Reply Brief publicly within two days pursuant to this Court's local rule CV-5(a)(7)(E) regarding filing of documents under seal.

Respectfully submitted,

By: */s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Wesley D. Lewis
State Bar No. 24106204
wesley.lewis@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:   (512) 867-8400
Telecopier:   (512) 867-8470

David H. Harper
State Bar No. 09025540
david.harper@haynesboone.com
Stephanie Noelle Sivinski
State Bar No. 24075080
stephanie.sivinski@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:   (214) 651-5000
Telecopier:   (214) 651-5940

*Attorneys for Movants*

## CERTIFICATE OF CONFERENCE

The undersigned Counsel for Movants certifies that on May 8, 2020, counsel for Movants conferred with John Leslie, counsel for Ms. Sams. Ms. Sams is unopposed to the relief sought herein.

*/s/ Laura Lee Prather*
Laura Lee Prather

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on May 8, 2020, a true and correct copy of the foregoing document was forwarded via e-filing to counsel of record.

                                            */s/ Laura Lee Prather*
                                            Laura Lee Prather