# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; AND PALLAVI GOGOI, § § § § § | |
| Movants, § | CIVIL ACTION NO. 4:20-MC-00038-ALM |
| v. § § | |
| KIM SAMS, § § | *Ancillary to* CIVIL ACTION NO. 4:18-CV-00442-ALM-CMC |
| Respondent. § | |

## ORDER GRANTING MOVANTS' MOTION TO FILE
## REPLY IN SUPPORT OF MOTION TO COMPEL KIM SAMS TO COMPLY WITH
## FED. R. CIV. P. 45 SUBPOENA UNDER SEAL

On this day, the Court considered the Motion to File Rely in Support of Motion to Compel Kim Sams to Comply with Fed. R. Civ. P. 45 Subpoena Under Seal (Dkt. #16) filed by Movants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi in the above-captioned cause. The Court, having reviewed the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED**. Accordingly, it is hereby:

**ORDERED** that the Motion is GRANTED.  Movants' Reply Brief and accompanying exhibits can be SEALED.

**SIGNED this 11th day of May, 2020.**

_Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE