# EXHIBIT A

Confidential FoxNews0000178

C				#: 246





Confidential                                                                                                    FoxNews0000180

