# EXHIBIT B





**CONFIDENTIAL**



**CONFIDENTIAL**



CONFIDENTIAL

WHEELER-00000137