# EXHIBIT C



CONFIDENTIAL
WHEELER-00000454





CONFIDENTIAL

WHEELER-00000456

**CONFIDENTIAL**

**WHEELER-00000457**