# EXHIBIT D



Case 4:20-mc-00028-ALM-CMC Document 20-5 Filed 05/11/20 Page 3 of 6 PageID #: 261

