# EXHIBIT A

Confidential                                                                                                                              FoxNews0000178

C... #: 297

Confidential FoxNews0000180

C ID #: 298

Confidential FoxNews0000181